# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Henry Dejuan Lyles , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:11-cv-00313-MR and 1:05-cr-00226-MR-DLH-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2013 Order.

July 8, 2013

Frank G. Johns, Clerk
United States District Court